No. 02–8926. DELGADO-BRUNETT v. LAPPIN, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–8927. POWELL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–8928. MCFERREN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–8930. WILSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–8931. WHITE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–8937. ONTIVEROS-SOTO, AKA ONTEBEROS SOTO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–8938. OLIVER, AKA BANKS, AKA AZIZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–8939. JAVIER REYNA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–8940. SMITH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–8942. PEREZ v. UNITED STATES;
No. 02–8970. CARRION v. UNITED STATES;
No. 02–8980. ORTEGON ET AL. v. UNITED STATES;
No. 02–8982. MORALES v. UNITED STATES; and
No. 02–9043. GOMEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–8943. PHILLIPS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–8945. BROWN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–8946. ALDERETE-MONCADA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–8947. LOPEZ-RIOS, AKA NATIVADAD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.